IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>5200 Susan Drive,<br>Amarillo, Texas | No. 2:20-MJ-72 |

### ORDER

On this day came on to be considered the Government's motion to Unseal the Application for a Search Warrant, Affidavit in Support of the Application for a Search Warrant, and the Search Warrant in the above-captioned case. The Court is of the opinion that the motion should be granted.

It is therefore ORDERED that all documents in the above-styled case number be, and are hereby, UNSEALED.

SO ORDERED.

Dated this 19th day of June, 2020.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE